JODI H. LINKER
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Varell_Fuller@fd.org

Counsel for Defendant PECH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRIAN PECH,<br>Defendant. | No. 22-CR-00160 EJD (VKD)<br><br>**UNOPPOSED MOTION AND [~~PROPOSED~~] ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE**<br><br>Judge: Hon. Virginia K. DeMarchi |

Defendant Brian Pech, by and through counsel, respectfully requests that the Court temporarily modify his pretrial release conditions to permit him to travel to Mesa, Arizona from September 15, 2026 to September 19, 2026. The purpose of Mr. Pech's travel is to pick up his vehicle. Counsel has conferred with Pretrial Services Officer Shafia Kanoon and Assistant United States Attorney Neal Hong, and neither objects to this modification.

//

//

Dated: September 11, 2026

JODI H. LINKER
FEDERAL PUBLIC DEFENDER

__________/s/_______________
VARELL L. FULLER
Assistant Federal Public Defender

[~~PROPOSED~~] **ORDER**

GOOD CAUSE APPEARING, upon the defendant's unopposed motion, IT IS HEREBY ORDERED that the defendant's pretrial release conditions are temporarily modified to permit the defendant to travel from San Jose, California to Mesa, Arizona from September 15, 2026 to September 19, 2026

All other conditions are to remain in full effect.

IT IS SO ORDERED.

DATED: September 11, 2026 Virginia K. DeMarchi
THE HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge